**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**IN RE:**

**MARTA SOCORRO SEMIDAY**         *         **CASE NUMBER 03-03167 (SEK)**
                                  *
                                  *
**Debtor(s)**                     *         **CHAPTER 7**
***************************************************

**REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3011**

TO THE HONORABLE COURT:

COMES NOW, Noreen Wiscovitch-Rentas, the Chapter 7 Trustee in the captioned case, and respectfully states, alleges and prays:

1. The Trustee of the above entitled estate, reports that the below listed check(s) has not been cashed by the bank upon which drawn. Over ninety (90) days have passed and it has not been presented for payment. Further, the original checks were reissued upon request of Debtor's counsel. Apparently, Debtor's counsel have not been able to locate debtor.

| **CLAIM NUMBER** | **NAME** | **AMOUNT** |
|---|---|---|
| n/a | Marta Socorro Semiday | $20,656.13<br>Check No. 311 |
| n/a | Marta Socorro Semiday | $312.77<br>Check No. 312 |

Accordingly, by check numbers 313 and 314 in the amount of $20,656.13 and $312.77, respectively, the Trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provisions of 11 U.S.C. Section 347(a).

WHEREFORE, said trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: I hereby certify that on this same date a true and exact copy of

1

the foregoing document has been sent by U.S. First Class Mail to:  **Debtor, Marta Socorro Semiday Guerra at CY-1 #146 Street, Urb. Valle Arriba, Heights, Carolina, PR  00983-3438 and Debtor's counsel, Lissette Morales, Esq. at [lamoraleslawoffice@gmail.com](mailto:lamoraleslawoffice@gmail.com), this 7th day of March, 2010.**

In San Juan, Puerto Rico, this 7th day of March, 2010.

 */s/Noreen Wiscovitch-Rentas*
**NOREEN WISCOVITCH-RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
 400 Calle Kalaf
San Juan, PR 00918
Tel. (787) 946-0132
Fax (787) 946-0133
[noreen@nwr-law.com](mailto:noreen@nwr-law.com)